JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VALLEY FAMILY RESOURCE CENTER, a non-profit corporation; et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY of HESPERIA, a California general law city; et al.,<br><br>Defendants. | Case No. ED CV 16-00903-AB (SPx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On April 5, 2018, the Court dismissed the claims brought by all Plaintiffs, with the exception of those claims brought by Plaintiff Nicholas Holt-Francis, as the docket did not reflect that Defendants had settled with Plaintiff Holt-Francis. (Dkt. No. 131.) The Court ordered Plainitff Holt-Francis to show cause, in writing, on or before May 4, 2018, why this action should not be dismissed for lack of prosecution, as the docket did not reflect that Plaintiff Holt-Francis was actively pursuing this matter. (Dkt. No. 131.) Plaintiff Holt-Francis did not respond to the Court's Order to Show Cause. Accordingly, Plaintiff Holt-Francis' claims are dismissed, without prejudice, for lack

1.

of prosecution, and for failure to comply with the Order of the Court, pursuant to Local Rule 41. Plaitniff Holt-Francis was the sole remaining Plaintiff, and as a result, this case is now closed.

Dated: May 18, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE